UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

SHERRISE SOLOCINSKI,

Plaintiff,

-vs-

Case No. 24-12678
Hon. Linda V. Parker

SUMMIT PLACE MOTORS, INC., et al.

Defendants.

**NOTICE OF VOLUNTARY DISMISSAL of GOFI, LLC only WITH PREJUDICE**

The Plaintiff dismisses all claims against GOFI, LLC only with prejudice and without costs or attorneys fees.

Respectfully Submitted,

ADAM G. TAUB & ASSOCIATES
CONSUMER LAW GROUP, PLC

By: s/ Adam G. Taub__________
Adam G. Taub (P48703)
Attorney for Sherrise Solocinski
17200 West 10 Mile Rd, Ste 200
Southfield, MI 48075
(248) 746-3790
adamgtaub@clgplc.net

Dated: January 2, 2025