UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

SHERRISE SOLOCINSKI,

Plaintiff,

-vs-

Case No. 24-12678
Hon. Linda V. Parker

SUMMIT PLACE MOTORS, INC., et al.

Defendants.

**STIPULATED ORDER DISMISSING SUMMIT PLACE MOTORS, INC. WITH PREJUDICE**

The parties to this stipulation agree that all claims against SUMMIT PLACE MOTORS, INC. should be dismissed with prejudice and without costs or attorneys fees.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: March 25, 2025

Stipulated to by:

By: s/ Adam G. Taub
Adam G. Taub (P48703)
for Plaintiff

By: s/Suzanne Bartos
Suzanne Bartos (P36490)
for Defendant

Dated: March 24, 2025